# ELECTRONIC RECORD

1567-14
1568-14

COA # 14-12-00833-CR

STYLE: Hiram Brown v The State of Texas

COA DISPOSITION: Affirmed

DATE: October 16, 2014    Publish: No

OFFENSE: Assault

COUNTY: Harris

TRIAL COURT: Co Crim Ct at Law No 13

TC CASE #:1806917

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Hiram Brown v The State of Texas

CCA # _____

____PRO SE____    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

____REFUSED____

DATE: __02/25/2015__

JUDGE: __Per Curiam__

1567-14; 1568-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD